DAVID LIEBRADER, ESQ.
NEVADA STATE BAR NO. 5048
THE LAW OFFICES OF DAVID LIEBRADER, INC.
601 S. RANCHO DR. STE D-29
LAS VEGAS, NV 89106
Tel. 702/380-3131
DaveL@investmentloss.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER BETWEEN  )   Case No. 2:18-cv-01863-GMN-VCF
                       )
PAUL THOMPSON,         )
                       )   STIPULATION AND ORDER TO
    PLAINTIFF,         )   SUBMIT TO ARBITRATION
v.                     )
                       )
TREASURE COAST BULLION GROUP, INC., )
WORTH GROUP, INC., MATTHEW JOHN )
KEHOE AND DOES 1-10 AND ROES 1-10, )
INCLUSIVELY            )
                       )
    DEFENDANTS.        )
_____)

**STIPULATION AND ORDER**

It is stipulated by and between the Plaintiff and Defendants as follows:

1. That the court has jurisdiction over the subject matter of this action and over each of the parties hereto, and venue of this action is proper in the United States District Court for the District of Nevada.

2. That the parties stipulate and agree to submit this entire action to final and binding arbitration before JAMS, with a hearing to be held in Palm Beach County Florida.

3. That this action shall be stayed pending resolution of the arbitration.

4. That a final judgment on the arbitration award may be filed with and entered by the Court, upon the motion of any party after completion of the arbitration.

_____         Dated: October 12, 2018
David Liebrader, Esq.
Attorney for Plaintiff

_____         Dated: October 12, 2018
Michael Davidson, Esq.
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED by this Court, this _____ Day of October, 2018.

_____
United States District Court Judge

2