MICHAEL D. DAVIDSON, ESQ.
Nevada Bar No. 000878
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    mdavidson@klnevada.com
           mdushoff@klnevada.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| PAUL THOMPSON,<br><br>   Plaintiff,<br><br>vs.<br><br>TREASURE COAST BULLION GROUP, INC., WORTH GROUP, INC., MATTHEW JOHN KEHOE and DOES 1-10 and ROES 1-10, inclusively,<br><br>   Defendants. | CASE NO. 2:18-cv-01863-GMN-VCF<br><br>**JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS PURSUANT TO COURT'S MINUTE ORDER (ECF NO. 2)** |

Pursuant to this Court's Minute Order on September 25, 2018 (D.I. 2), Defendants, TREASURE COAST BULLION GROUP, INC.; WORTH GROUP, INC.; and MATTHEW JOHN KEHOE (Collectively, the "Defendants"), and Plaintiff, PAUL THOMPSON, ("Plaintiff") submit this Joint Status Report regarding the information requested in the Court's Minute Order.

  **1.**  **Statement on the Status of the Action.**

    **a.**  **Service of Complaint and Removal of Action.**

On September 7, 2018, Defendant Treasure Coast Bullion Group, Inc. and Defendant Worth Group, Inc. were served with a copy of the complaint and summons thereon filed in Clark County, Nevada.  On September 12, 2018, Defendant, Matthew John Kehoe was served with a copy of the complaint and summons thereon filed in Clark County, Nevada.  There are no other

named defendants thus far in the lawsuit; the remaining defendants are either unnamed Doe individuals or business entities, none of whom have been identified or served.

On September 25, 2018, Defendants filed their Notice of Removal. (Dkt. 1) On October 3, 2018, Defendants filed their Joint Statement Regarding Removal of Action. (Dkt. 6)

### b. Pending Rule 12 Motions.

On October 2, 2018, Defendants filed a motion to dismiss Paul Thompson's Complaint, or Alternatively to Compel Arbitration. (Dkt. 5). On October 9, 2018, Plaintiff and Defendants entered into a stipulation to submit the entire action to final and binding arbitration, as well as for the District Court to retain jurisdiction and stay the matter while the matter was resolved (Dkt. 8). This Court executed the order on the stipulation on October 19, 2018 (Dkt.9).

### c. Answers to the Complaint and Counterclaims.

There has been no answer filed on this case. Defendants have stipulated to arbitrate.

### d. Removal Notice.

The parties stipulated that the District Court retain jurisdiction and stay the matter while the matter is resolved. Therefore, Plaintiff will not be filing an opposition to Defendants' notice of removal from the State Court.

### 2. Action To Be Taken by this Court.

Given that the parties have stipulated to stay this action and to refer the entire action for binding arbitration, the actions to be taken by the Court at this time are as follows:

- No further action is necessary during pendency of binding arbitration.

DATED this 24th day of October, 2018.

**KOLESAR & LEATHAM**

By */s/ Michael D. Davidson, Esq.*
    MICHAEL D. DAVIDSON, ESQ.
    Nevada Bar No. 000878
    MATTHEW T. DUSHOFF, ESQ.
    Nevada Bar No. 004975
    400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada  89145

    *Attorneys for Defendants*

## **CONSENT TO JOINDER AND REMOVAL STATEMENT**

The undersigned certifies that Plaintiff, Paul Thompson, hereby consents to and joins in the above Joint Status Report, as requested by this Court.  (ECF NO. 2.)

DATED this 24th day of October, 2018.

              **THE LAW OFFICES OF DAVID LIEBRADER, INC.**

           By */s/ David Liebrader, Esq.*
             DAVID LIEBRADER, ESQ.
             Nevada Bar No. 5048
             601 S. Rancho Dr., Ste D-29
             Las Vegas, NV 89106

             *Attorneys for Plaintiff*
             *Paul Thompson*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 24th day of October, 2018, I caused to be served a true and correct copy of foregoing **JOINT STATUS REPORT OF PLAINTIFFS AND DEFENDANTS PURSUANT TO COURT'S MINUTE ORDER (ECF NO. 2)** in the following manner:

(ELECTRONIC SERVICE)  Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/ Kristina R. Cole*
An Employee of KOLESAR & LEATHAM

2999748 (10527-1)

Page 4 of 4