DAVID LIEBRADER, ESQ.
NEVADA STATE BAR NO. 5048
THE LAW OFFICES OF DAVID LIEBRADER, INC.
601 S. RANCHO DR. STE D-29
LAS VEGAS, NV 89106
Tel. 702/380-3131
DaveL@investmentloss.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER BETWEEN | Case No. 2:18-cv-01863-GMN-VCF |
| PAUL THOMPSON, | |
| PLAINTIFF, | NOTICE OF DISMISSAL WITH PREJUDICE |
| v. | |
| TREASURE COAST BULLION GROUP, INC., WORTH GROUP, INC., MATTHEW JOHN KEHOE AND DOES 1-10 AND ROES 1-10, INCLUSIVELY | |
| DEFENDANTS. | |

## **DISMISSAL WITH PREJUDICE**

This matter having been submitted to binding arbitration by order of this court, and the case having been arbitrated and then settled, it is hereby requested that the Clerk dismiss this matter with prejudice, each party to bear their own costs and fees pursuant to a written settlement agreement.

Dated: May 27, 2020              Respectfully submitted,

                                 The Law Office of David Liebrader, Inc.

                                 By:/s/ David Liebrader
                                 David Liebrader
                                 Attorney for Plaintiff